IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR35 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARTURO SERRANO LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defendant's Motion to Extend Time in Which to File Notice of Appeal, Filing No. 29, is granted pursuant to Fed. R. App. P. 4(b)(4). The Notice of Appeal filed herein, Filing No. 30, is deemed timely filed.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge